UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MESHAUN WASHINGTON                                        CIVIL ACTION

VERSUS                                                   NO.  09-6058

MARLIN N. GUSMAN, ET AL.                                 SECTION "A" (4)

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Meshaun Washington's § 1983 Complaint filed against Sheriff Marlin N. Gusman and Secretary Richard Starlin is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief may be granted pursuant to Title 28 U.S.C. § 1915(e)(2) and § 1915A.

March 2, 2011

_____
UNITED STATES DISTRICT JUDGE